Karen O'Kasey, OSB No. 870696
E-mail: kok@hhw.com
HOFFMAN, HART & WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301

    Of Attorneys for  Defendant Glenda J. Baxter


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALICE A. WHEELER, FIDUCIARY SUPPORT SERVICES, INC., PERSONAL REPRESENTATIVE OF THE ESTATE OF HOLLY JEAN CASEY,<br><br>    Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY, MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTH SYSTEMS, LLC, GLENDA J. BAXTER, MARK TESTORI, REBECCA WATTS JACOBS, CHRISTINE OLSON, SUSAN MILHOLLAND, JEFFREY CHUN, JACK DIAMOND, JOSHUA POMEROY, WENDY MUTH, TIMOTHY STROHMEYER and JOHN AND JANE DOES 1-14,<br><br>    Defendants. | Case No. CV-3:09-CV-1518-AC<br><br>**ANSWER OF DEFENDANT GLENDA J. BAXTER TO FIRST AMENDED COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

In answer to plaintiff's First Amended Complaint, defendant Glenda J. Baxter admits, denies and alleges as follows:

    1.    Defendant admits that jurisdiction and venue are proper.

    2.    Defendant further admits that this court has pendent jurisdiction over plaintiff's state law claims.

**ANSWER OF DEFENDANT GLENDA J. BAXTER TO FIRST AMENDED COMPLAINT**

3.    Defendant further admits that at all material times herein, defendant was a registered nurse licensed in the state of Oregon, employed by Multnomah County and acting within the course and scope of her employment with Multnomah County.

4.    Except as specifically admitted herein, defendant denies each and every remaining allegation of plaintiff's First Amended Complaint and the whole thereof.

<u>First Defense</u>

(Failure to State a Claim)

5.    Plaintiff's complaint fails to allege facts which would constitute a claim against defendant Baxter.

<u>Second  Defense</u>

(Qualified Immunity)

6.    To the extent that plaintiff states a claim against defendant Baxter, Baxter is entitled to qualified immunity.

<u>Third Defense</u>

(Oregon Tort Claims Act)

7.    Defendant is entitled to the defenses, immunities and limitations set forth in the Oregon Tort Claims Act against plaintiff's state law claims.  Any claim for damages by plaintiff is limited by the cap on damages set forth in the Oregon Tort Claims Act as to plaintiff's state law claims.

<u>Fourth Defense</u>

(Wrongful Death Damages Cap)

8.    Plaintiff's state law claims for wrongful death are subject to the damages limitations set forth in ORS 31.710.

///

///

**ANSWER OF DEFENDANT GLENDA J. BAXTER TO FIRST AMENDED COMPLAINT**

**HOFFMAN, HART & WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**

Fifth Defense

(Proper Party)

9.      Defendant is not a proper party for purposes of plaintiff's state law claims.

Sixth Defense

(Additional Defenses)

10.     Defendant reserves the right to amend her answer to raise additional defenses that may become apparent during the course of discovery.

WHEREFORE, having fully answered plaintiff's First Amended Complaint, defendant prays for judgment in her favor, and for her costs and disbursements incurred herein, and for any and other such relief as the court may deem just and proper.

DATED this 27th day of January, 2010.

HOFFMAN HART & WAGNER, LLP


By:    /s/ Karen O'Kasey
       Karen O'Kasey, OSB No. 870696
       Of Attorneys for  Defendant Baxter

Defendant herein requests trial by jury on those issues properly submitted to a jury.


By:    /s/ Karen O'Kasey
       Karen O'Kasey, OSB No. 870696
       Of Attorneys for  Defendant Baxter


**ANSWER OF DEFENDANT GLENDA J. BAXTER TO FIRST AMENDED COMPLAINT**

**HOFFMAN, HART & WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of January, 2010, I served the foregoing **ANSWER**

**OF DEFENDANT GLENDA J. BAXTER TO FIRST AMENDED COMPLAINT** on the

following parties at the following addresses:

>Hala J. Gores
>Hala J. Gores, PC
>621 SW Morrison St., #1218
>Portland OR  97205
>    Of Attorneys for Plaintiff
>
>Susan Dunaway
>Multnomah County Attorney's Office
>501 SE Hawthorne Blvd., Suite 500
>Portland, OR  97214
>    Of Attorneys for Multnomah County
>
>Richard J. (Dick) Whittemore
>Bullivant Houser Bailey PC
>888 SW 5th Avenue, Suite 300
>Portland, OR  97204
>    Of Attorneys for Maxim Healthcare Services, Inc., and
>    Maxim Health Systems, LLC

by electronic means through the Court's Case Management/Electronic Case File system.


     */s/ Karen O'Kasey*                   
    Karen O'Kasey

Page - 1 CERTIFICATE OF SERVICE