HENRY H. LAZENBY, JR., COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Susan M. Dunaway, OSB No. 970506
Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
Internet email Addresses: susan.m.dunaway@co.multnomah.or.us
    Of Attorneys for Defendants Multnomah County, Rebecca Watts Jacobs, Christine Olson, Susan Milholland, Jeffrey Chun, Jack Diamond, Joshua Pomeroy, Wendy Muth, and Timothy Strohmeyer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| ALICE A. WHEELER, FIDUCIARY SUPPORT SERVICES, INC., PERSONAL REPRESENTATIVE OF THE ESTATE OF HOLLY JEAN CASEY,<br><br>    Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY, MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTH SYSTEMS, LLC, GLENDA J. BAXTER, MARK TESTORI, REBECCA WATTS JACOBS, CHRISTINE OLSON, SUSAN MILHOLLAND, JEFFREY CHUN, JACK DIAMOND, JOSHUA POMEROY, WENDY MUTH, TIMOTHY STROHMEYER AND JOHN AND JANE DOES 1-14,<br><br>    Defendants. | Civil No. 09-CV-1518-AC<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF MULTNOMAH COUNTY, MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTH SYSTEMS, LLC, GLENDA J. BAXTER, MARK TESTORI, REBECCA WATTS JACOBS, CHRISTINE OLSON, SUSAN MILHOLLAND, JEFFREY CHUN, JACK DIAMOND, JOSHUA POMEROY, WENDY MUTH, AND TIMOTHY STROHMEYER** |

/// /// ///

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs and defendants Multnomah County, Maxim Healthcare Services, Inc., Maxim Health Systems, LLC, Glenda Baxter, Mark Testori, Rebecca Watts Jacobs, Christine Olson, Susan Milholland, Jeffrey Chun, Jack Diamond, Joshua Pomeroy, Wendy Muth, and Timothy Strohmeyer hereby stipulate as follows:

1. For the reason that plaintiffs' Complaint has been fully compromised and released, plaintiffs hereby dismiss their Complaint in the above-captioned matter.

2. All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

3. All parties hereto agree that a final judgment of dismissal should be entered as to all Defendants.

IT IS SO STIPULATED:

_____
Matthew D. Kaplan, OSB #980699
Attorney for Plaintiff

Dated: 12-8-10

_____
Richard J. Whittemore, OSB #824512
Attorney for Maxim Healthcare Services, Inc.
Maxim Health and Mark Testori

Dated: 12/11/10

_____
Susan M. Dunaway, OSB #970506
Attorney for Multnomah County Defendants

Dated: 12/16/2010

_____
Karen O'Kasey, OSB #870696
Attorney for Glenda Baxter

Dated: 12/13/10

Page 2 – STIPULATED JUDGMENT OF DISMISSAL