FILED

DEC 17 2010

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALICE A. WHEELER, FIDUCIARY SUPPORT SERVICES, INC., PERSONAL REPRESENTATIVE OF THE ESTATE OF HOLLY JEAN CASEY, | Case No.: 09-CV-1518-AC<br><br>JUDGMENT OF DISMISSAL |
| Plaintiff, | |
| v. | |
| MULTNOMAH COUNTY, MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTH SYSTEMS, LLC, GLENDA J. BAXTER, MARK TESTORI, REBECCA WATTS JACOBS, CHRISTINE OLSON, SUSAN MILHOLLAND, JEFFREY CHUN, JACK DIAMOND, JOSHUA POMEROY, WENDY MUTH, TIMOTHY STROHMEYER AND JOHN AND JANE DOES 1-14, | |
| Defendants. | |

ACOSTA, Magistrate Judge:

Based on the Stipulated Judgment of Dismissal, filed by the parties on December 16, 2010,

PAGE 1 - JUDGMENT OF DISMISSAL

the court finds this case has been fully compromised and settled. Accordingly,

IT IS ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 16th day of December, 2010.

_____
JOHN V. ACOSTA
United States Magistrate Judge